FILED

03/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0032

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE No. DA 21-0032

| | |
|---|---|
| EGAN SLOUGH COMMUNITY, YES! FOR FLATHEAD FARMS AND WATER, and AMY WALLER<br><br>Plaintiffs and Appellants,<br><br>v.<br><br>FLATHEAD COUNTY BOARD OF COUNTY COMMISSIONERS, a body politic of Flathead County, FLATHEAD COUNTY PLANNING AND ZONING DEPARTMENT, FLATHEAD CITY-COUNTY HEALTH DEPARMTMENT, and MONTANA ARTESIAN WATER COMPANY,<br><br>Defendants and Appellees. | **ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF** |

Appellants have moved the Court for an extension of time to and including May 10, 2021, to file their Opening Brief. The motion being unopposed, and finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's Opening Brief is due on or before May 10, 2021.

DATED AND ELECTRONICALLY SIGNED BELOW

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 17 2021